ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta
FEB - 7 2012
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL INDICTMENT |
| v. | |
| DANIEL GARRETT LEWIS | NO. 2:12-CR-03 |

THE GRAND JURY CHARGES THAT:

### COUNTS ONE THROUGH FOUR

On or about the dates as set forth below, within the Northern District of Georgia, the defendant, DANIEL GARRETT LEWIS, did knowingly cause to be delivered by the Postal Service according to the directions thereon as described below, communications, to wit: four letters as described below, each letter addressed to Judge O'Kelley, and each letter containing a threat to kill and to injure Senior Judge William C. O'Kelley, Assistant United States Attorney Stephanie Gabay-Smith, and United States Probation officer Michelle Eubanks, a United States Judge, a Federal law enforcement officer, and an official who is covered by 18 U.S.C. § 1114 respectively:

| COUNT | POSTMARK DATE | DIRECTIONS FOR DELIVERY | LETTER DESCRIPTION |
|---|---|---|---|
| ONE | 01/17/12 | c/o Honorable Judge O'Kelly<br>The United States District Court For The Northern District of Georgia<br>122 Spring Street<br>Gainesville, Georgia 30501 | Dated:<br>01/13/12 |
| TWO | 01/20/12 | c/o Court Clerk<br>The United States Court of the Northern District Court of Georgia<br>122 Spring Street<br>Gainesville, Georgia 30501 | Dated:<br>01/19/12 |
| THREE | 01/26/12 | c/o Honorable Judge O'Kelly<br>The United States Court of the Northern District of Georgia<br>122 Spring Street<br>Gainesville, Georgia 30501 | Dated:<br>01/25/12 |
| FOUR | 01/30/12 | c/o Clerk of Court<br>The United States Court of the Northern District of Georgia<br>122 Spring Street<br>Gainesville, Georgia 30501 | Dated:<br>01/28/12 |

all in violation of Title 18, United States Code, Section 876(c).

## COUNTS FIVE THROUGH EIGHT

On or about the dates as set forth below, within the Northern District of Georgia, the defendant, DANIEL GARRETT LEWIS, did threaten to kill Senior Judge William C. O'Kelley, a United States District Court Judge, with intent to retaliate against Senior Judge William C. O'Kelley on account of the performance of his official duties:

| COUNT | DATE |
|---|---|
| FIVE | 01/13/12 |
| SIX | 01/19/12 |
| SEVEN | 01/25/12 |
| EIGHT | 01/28/12 |

in violation of Title 18, United States Code, Sections 115(a)(1)(B), (b)(4), and (c)(3).

## COUNTS NINE THROUGH TWELVE

On or about the dates as set forth below, within the Northern District of Georgia, the defendant, DANIEL GARRETT LEWIS, did threaten to kill Stephanie Gabay-Smith, an Assistant United States Attorney and Federal law enforcement officer, with intent to retaliate against Stephanie Gabay-Smith on account of the performance of her official duties:

| COUNT | DATE |
|---|---|
| NINE | 01/13/12 |
| TEN | 01/19/12 |
| ELEVEN | 01/25/12 |
| TWELVE | 01/28/12 |

in violation of Title 18, United States Code, Sections 115(a)(1)(B), (b)(4), and (c)(1).

## COUNTS THIRTEEN THROUGH SIXTEEN

On or about the dates as set forth below, within the Northern District of Georgia, the defendant, DANIEL GARRETT LEWIS, did threaten to kill Michelle Eubanks, a United States Probation officer and an official whose killing would be a crime under 18 U.S.C. § 1114, with intent to retaliate against Michelle Eubanks on account of the performance of her official duties:

| COUNT | DATE |
|---|---|
| THIRTEEN | 01/13/12 |
| FOURTEEN | 01/19/12 |
| FIFTEEN | 01/25/12 |
| SIXTEEN | 01/28/12 |

in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

A ___TRUE___ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

GREGORY E. RADICS
SPECIAL ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6097 fax: 404-581-6171
Georgia Bar No. 591724