U.S. Department of Justice

United States Attorney
Northern District of Georgia

FILED IN CHAMBERS
U.S.D.C. Atlanta

Date Submitted   FEB - 7 2012

# In the United States District Court
## For The Northern District of Georgia

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

United States of America

v.

Daniel Garrett Lewis

Indictment/Information

CR **2:12-CR-03**

February 7, 2012
Date of Indictment

## REQUEST FOR ARRAIGNMENT – IN MARSHALS CUSTODY

**DEFENDANT IN MARSHALS CUSTODY**

Daniel Garrett Lewis
(Name)

Hall County Jail                               February 1, 2012
(Institution)                                  (Date Verified)

**ATTORNEY FOR DEFENDANT**

_____
(Name)

_____
(Address)

( ) SUPERSEDING INDICTMENT
(X) COMPANION CASE with Indictment No. CR 05-CR-00035-2

    Other defendants previously arraigned (or now set for arr.)
    _____

CATEGORY OF CASE        ( ) Short    ( ) Medium    ( ) Long

Assistant U.S. Attorney handling case Gregory E. Radics
(for additional defendants--use supplemental sheet)

Special Date Requested: _____

Form No. USA-40-19-35a