U.S Department of Justice
United States Attorney

**FILED IN CHAMBERS**
**U.S.D.C. Atlanta**

**FEB - 7 2012**

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

DIVISION Gainesville
(USAO #2012R00059)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN UNITED STATES DISTRICT COURT

**2:12-CR-03**

COUNTY NAME: Hall              DISTRICT COURT NO. 12-CR-03

MAGISTRATE CASE NO. _____

_X_ Indictment           __ Information           __ Magistrate's Complaint

DATE: February 7, 2012    DATE:              DATE:

| UNITED STATES OF AMERICA vs. **Daniel Garrett Lewis** | SUPERSEDING |
|---|---|
| | Prior Case No. & Date Filed |

VIOLATION:

COUNTS CHARGED:          TOTAL COUNTS:
(as to deft)             (as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony   __ Misdemeanor

**DEFENDANT:**

<u>IS NOT IN CUSTODY:</u>

1. __ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. ____ Is on bail or release from (district, state & date):
   _____

DATE OF ARREST: _____
Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
Are there any outstanding warrants in this proceeding __ Yes __ No
Date: _____   Issued by: _____

<u>IS IN CUSTODY:</u>

4. __ On this charge.
5. _X_ On another conviction.
6. Awaiting trial on other charges _x_ Yes __ No
   _x_ Federal   __ State
   If Yes, show name of institution  Hall County Jail
   Has detainer been filed __ Yes        __ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: _____ |
|---|---|
| | JUDGE: _____ |
| | S.A.U.S.A.: **GREGORY E. RADICS** |
| | DEFT'S ATTY: _____ |
| | SALLY QUILLIAN YATES |
| | UNITED STATES ATTORNEY |
| | BY: GREGORY E. RADICS |
| | Assistant United States Attorney |
| | DATE: February 7, 2012 |